## STATE OF CONNECTICUT *v.* TENG BUNLEUT

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 648 (AC 23425), is denied.

*Carlos E. Candal*, special public defender, in support of the petition.

*Howard S. Stein*, assistant state's attorney, in opposition.

Decided June 23, 2004